| | | |
|---|---|---|
| **Brenda Ramos, On Behalf of** | § | |
| **Herself and The Estate of Mike** | § | |
| **Ramos** | § | |
| *Plaintiff,* | § | **No. 1:20-cv-01256-RP** |
| | § | |
| **v.** | § | |
| | § | |
| **The City of Austin** | § | |
| **and Christopher Taylor** | § | |
| *Defendants.* | | |

### PLAINTIFF'S ADR REPORT

In accordance with the Scheduling Order [D.I. 18] and pursuant to Local Rule CV-88, Plaintiff hereby submits the following ADR Report.

1. Plaintiff is represented by the undersigned counsel.

2. Plaintiff submitted a written offer of settlement to defendants on August 6, 2021.

3. City of Austin rejected said offer in writing on September 3, 2021.

4. City of Austin explained that they were not in a position to make a settlement offer at this stage of the litigation but stated that they are inclined to continue to evaluate potential resolution of this case as discovery progresses.

5. Plaintiff is prepared to engage in mediation when the City of Austin is prepared to do so.

**Dated: September 17, 2021**

Respectfully submitted,
**HENDLER FLORES LAW, PLLC**

Scott M. Hendler
shendler@hendlerlaw.com
901 S. Mopac Expy., Bldg. 1, Suite #300
Austin, Texas 78746
Telephone: 512-439-3202
Facsimile: 512-439-3201

**CERTIFICATE OF SERVICE**

I certify that Plaintiffs' ADR Report was served on all counsel of record via the Court's CM/ECF system on September 17, 2021.

Scott M. Hendler