# Exhibit 1

D.A. #D1DC20900048 MNI # 7968275 TRN:  DPS: 09990030 Court: 167th

The State of Texas v. CHRISTOPHER TAYLOR

## INDICTMENT

## MURDER - PC 19.02(c) - F1

Bond $

In The 147th Judicial District Court (Special) of Travis County, Texas

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:**

**THE GRAND JURY**, for the County of Travis, State of Texas, duly selected, empaneled, sworn, charged, and organized as such at the July Term, 2020, of the 147th Judicial District Court (Special) for said County, upon its oath presents in and to said Court at said term, that CHRISTOPHER TAYLOR, on or about the 24th day of April, 2020, and before the presentment of this Indictment, in the County of Travis, and State of Texas, did then and there intentionally and knowingly cause the death of MICHAEL RAMOS, an individual, by shooting the said MICHAEL RAMOS with a firearm,

against the peace and dignity of the State,

DocuSigned by:

DocuSigned by:

*Gaurav Patel*
7011998D818B44C...
Foreperson of the Grand Jury

Filed in the District Court
Of Travis County, Texas
Velva L. Price, District Clerk

DS
*LE*

3/10/2021 | 10:17 AM CST